United States Courts
Southern District of Texas
FILED

Clerk of the Court
U.S. District Court
Southern District of Texas
Corpus Christi Division

AUG 11 2020

David J. Bradley, Clerk of Court

6 August 2020

Dear Clerk,

    Please find enclosed the foloowing;

        1 - Petitioner's Traverse and Objection, 16 pages
        2 - Exhibit 7 Letter to District Clerk,  2 pages
        3 - Exhibit 8 (a-b)
            a) Attorney 'Parole Contract'   ,  1 page
            b) Attorney Letter,  2 pages
        4 - Exhibit 9 Register of actions,  3 pages

    Please file with case number 2:00-CV-50 and bring to the attention of the Court.

    Thank you and God Bless.

Sincerely,

*Robert Perez*
Robert Perez