Nueces County District Clerk                                September 25, 2018
P.O. Box 2987
Corpus Christi, TX 78403

Re: Case # CR12000909-B

Dear Clerk,

    Recently a copy of a transcript of a court hearing which the 117th Judicial District Court held on 7/21/2015 at 8:45am was delivered to me. This was in response to numerous requests by myself and members of my family

    Thank you for the record of this hearing which I now have. This affirms that a hearing was in fact held regarding the above numbered habeas matter on remand. However, although this hearing record is important, it is not the one I have been trying to obtain.

    On 7/17/2015 at 2:00pm a hearing was also held regarding the above numbered habeas matter under the same remand order. Evidence, or proof, that the hearing was held is in the form of individuals who attended this hearing. This is the hearing I have been trying to acquire the transcripts of for some time now.

    Due to the extreme amount of time it took to even get the transcript of the one hearing which has surfaced I am writing this letter so that a copy can also be sent to the Attorney General's office so they can be made aware of the situation.

    As with all of the previous requests, there has been a g general denial that any hearing existed. After continued attempts the hearing on 7/21/2015 at 8:45am appeared, which I never knew existed. This same office has claimed and is still claiming that the actual hearing records on 7/17/2015 at 2:00pm, which I have been attempting to acquire and had witnesses attend, do not exist.

    As the initial claim by this office has been that there was never a hearing and I now know there were at least two, I am formally requesting copies of <u>all</u> hearings, court settings, and dockets in reference to case# CR12000909-B.

1

Please send me the costs for said documents. I will have a family member, or other representative, come to pay and pick them up. I would also like the costs for getting the audio portion of these hearings that were held on 7/17/2015 and 7/21/2015 so I can verify the veracity of the transcription. My family members can also pick up the audio disc and take to an independant for a transcription.

Thank you for your time and consideration.

Sincerely,

Robert Perez
TDCJ CID#1827524
Eastham Unit
2665 Prison Rd. 1
Lovelady, TX 75851

cc:/file
    /Office of the Attorney General of Texas