# Law Office of Chris Dorbandt

A Professional Limited Liability Corporation
Attorney & Counselor at Law

December 20, 2018

### Parole Contract

I, Roberto Perez, Sr., as next friend and father, on behalf of my son, Roberto Perez, Jr., TDCJ# 01827524, herein referred to as the "Client," hereby retains Chris Dorbandt & Associates, herein referred to as "Attorney," to represent Client in connection with a Parole Hearing before the Texas Board of Pardons & Paroles. This employment contract is for legal services. This contract is non-binding and Client may void the contract for any reason or no reason at all by calling or emailing Attorney. This contract memorializes the agreement between Attorney and Client. Note: Attorney will represent Client for two (2) additional parole hearings at no additional cost, providing however, that Client receives only a one (1) year set off, if denied on the first Board vote.

Client agrees to pay $4,000.00 as a flat fee for the service listed above. The client has fulfilled the down payment on December 14, 2018 in the amount of $3,000.00. The remaining balance may be paid in installments of $500.00 per month beginning January 15, 2019 and continuing each month until the balance is paid in full. Or if the Client desires, he can pay off the balance at any time.

Client understands and agrees that all or any portion of the legal fees are generally non-refundable. However, there are exceptions. Client understands and agrees that the Attorney's fees do not include additional special or extraordinary investigative expenses such as expert witness fees or overnight travel expenses, if any.

Client understands and agrees to fully cooperate with Attorney and his staff. Client agrees to notify Attorney within 24 hours of any change in client's address or phone number(s). Failure to cooperate with Attorney as fully described may result in Attorney withdrawing from the Client's case, thereby releasing Attorney from all obligations. Client understands and agrees that any future legal services other than those stated above must be negotiated on a subsequent Employment Contract Addendum.

If you have questions about your case while it is pending and you can't reach Mr. Dorbandt for any reason, please feel free to contact the legal assistant in charge of your case. That assistant's name is: **Jaime Becerra.** You may email him at info@austin-law.com

Client affirms he has read and understands this contract.

Executed and signed on this the 20th day of December, 2018, in Travis County, TX.

_____  /S/ Electronically Signed
Client                                                                      Chris Dorbandt, Attorney
                                                                              Email: cdorbandt@austin-law.com

7000 N. Mopac Expwy., Ste. 200, Austin, TX 78731-3013
www.austin-law.com
512.407.9700   Toll Free 1.877.205.3425   Fax 844.884.6709

— Copy —

# Law Office of Chris Dorbandt

A Professional Limited Liability Corporation
## Attorney & Counselor at Law

December 20, 2018

Roberto Perez #01827524
TDCJ: Eastham Unit
2665 Prison Road #1
Lovelady, TX 75851

Dear Roberto,

It was nice meeting you at the Unit yesterday, on December 19th. I have reviewed your on-line docket sheet from the 117th Judicial District Court of Nueces County; Judge Sandra Watts, presiding.

I can tell from a careful examination of your record that you did file an 11.07 Writ of Habeas Corpus and appealed your Possession of Controlled Substance convictions to the Corpus Christi Court of Appeals. However, your appeal was denied and the convictions are final in so far as the Courts are concerned. No other appeal is pending and if you re-filed, it would only be denied as well.
I am enclosing a copy of the on-line docket sheet for your review and scrutiny.

Going forward, I am now your parole attorney, and will file for a hearing on your behalf at the appropriate time.

Much of the parole process and obtaining a favorable Board vote has to do with you, your attitude, and willingness to accept responsibility, direction, and change. Be mindful that all hearings are totally discretionary with the Board. This is a slow process, so be patient! As you know, you've had three hearings and all have been denied.

Below are my instructions, which I want you to carefully **read and follow.** If you follow them correctly, your chances of parole are greatly enhanced.

I want you to take the time to sit down and write two (2) letters, both addressed to me. The first will be forwarded to the Board, *if it's good*. It is called your "Acceptance of Responsibility" letter. In it, tell the Board how you've changed and why you should be paroled. **What makes you think you're a good candidate for parole?** Be mindful that the Parole Board is looking towards the future, not the past. Therefore, I want you to write this letter to state what you are going to do in the future and how you have and will continue to change.

In the second letter, please title it "Information Only" and tell me the following:

Can you explain in detail the offenses? Possession of Controlled Substance Cocaine and Heroin? Why and how were you arrested and convicted on these charges? Tell me anything of interest about your case(s) that you feel is unique or something that needs to be brought to the Board's attention.

Tell me about your educational background, where you went to school and highest grade obtained. Tell me about your family, your children (if any), former or present wife/girlfriend, and where they are now. Please furnish contact information for all family members that you would want the Board to call and/or speak with.

7000 N. Mopac Expwy., Ste. 200, Austin, TX 78731-3013
www.txparoleattorney.com
512.407.9700    Toll Free 1.877.205.3425    Fax 844.884.6709

*[Handwritten annotations in margin: "recitivism retci", "koine", "res recitivism recitivism positivism parse"]*

What was your job prior to coming to TDCJ? What job skills do you possess? Is there an employer that will give me a letter that informs the Board they are waiting to hire you when you return to society?

Do you have any other skills, trades or degrees which would favorably impact your ability to obtain employment?

Do you the have certificates of completion for any course that you have taken and completed while in TDCJ, past or present? Please send a copy of those certificates of completion to me.

Have you ever served in the military? If so, were your honorably discharged? I need a copy of your DD-214 if it's available.

Where will you live upon release? Please furnish the exact address, including the county in which you will reside. Who will you live with? I know you said you'd like to go back to Robstown. Do you have a secondary address just in case this one is disapproved by parole?

Do you have any medical or psychological problems that you want me to address to the Board?

What are your future goals and aspirations?

NOTE: Be sure to look very carefully at your Time Sheet printout. **Make sure you do not have any detainers**. If you do, you need to notify me about that immediately.

I want you to take your time and put a lot of thought into these letters. Write and re-write your answers, if necessary.

NOTE: Soon, an **Institutional Parole Officer (IPO)** will visit with you at the unit. It is important that you understand and know that you are to tell him/her everything they want to know. Do so in an honest fashion. Admit your mistakes and advise them how you have changed. They will go through a series of questions with you. Openly and honestly answer all of their questions. You will see that they are taking notes! The IPO will report your answers to the Board members, and that is your *first step* to obtaining parole. They generally don't ask specifics about the crime, so don't worry, you are not going to have to confess to anything or go back through the facts of the case. I want you to put your best foot forward. Convince the IPO that you are worth a second chance.

Ok, get started on your assignment. I would like to have your letters and answers back to me no later than January 31st.

Best regards,

*Chris Dorbandt*
Chris Dorbandt