# REGISTER OF ACTIONS
## CASE NO. CR12000909-B

| | | |
|---|---|---|
| The State of Texas vs. ROBERT PEREZ | § § § § § | Case Type: **Adult Felony**<br>Date Filed: **10/04/2012**<br>Location: **117th District Court** |

## PARTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Defendant | PEREZ, ROBERT<br>Other Agency Numbers<br>DEF02IN125YPEREZROBE Other,<br>DEF03IN262YPEREZROBE Other,<br>DEF99IN179DPEREZROBE Other | White | | **Attorneys**<br>**ADAM RODRIGUE**<br>*Court Appointed* |
| State | State of Texas | | | |

## CHARGE INFORMATION

**Charges: PEREZ, ROBERT**

| | | Statute | Level | Date |
|---|---|---|---|---|
| 1. | COUNT 2//POSS CS PG 1 < 1G | 481.115(b) HSC | State Jail Felony | 03/22/2012 |
| 1. | COUNT 1//POSS CS PG 1 >= 1G < 4G | 481.115(c) HSC | Third Degree Felony | 07/25/2012 |

## EVENTS & ORDERS OF THE COURT

### DISPOSITIONS

**11/30/2012** Disposition (Judicial Officer: Watts, Sandra L.)
 1. COUNT 2//POSS CS PG 1 < 1G
  Convicted

**11/30/2012** Disposition (Judicial Officer: Watts, Sandra L.)
 1. COUNT 1//POSS CS PG 1 >= 1G < 4G
  Convicted

**11/30/2012** Plea (Judicial Officer: Watts, Sandra L.)
 1. COUNT 2//POSS CS PG 1 < 1G
  Guilty

**11/30/2012** Plea (Judicial Officer: Watts, Sandra L.)
 1. COUNT 1//POSS CS PG 1 >= 1G < 4G
  Guilty

**11/30/2012** **Sentenced - Prison** (Judicial Officer: Watts, Sandra L.)
 1. COUNT 2//POSS CS PG 1 < 1G
  Confinement to Commence 11/30/2012
   15 Years , 0 Months , 0 Days , Texas Department of Criminal Justice, Texas Dept of Criminal Justice
   Jail Credit 0 Days
   Concurrent with Prior Sentence

**11/30/2012** **Sentenced - Prison** (Judicial Officer: Watts, Sandra L.)
 1. COUNT 1//POSS CS PG 1 >= 1G < 4G
  Confinement to Commence 11/30/2012
   25 Years , 0 Months , 0 Days , Texas Department of Criminal Justice, Texas Dept of Criminal Justice
   Jail Credit 0 Days
   Concurrent with Prior Sentence

### OTHER EVENTS AND HEARINGS

**03/22/2012** Case Event Conv
 s:FILED by ** I/LEADS ** Booking Number: 120322005800
**03/23/2012** Case Event Conv
 MAGISTRATE PROCEEDING; DEFT IS TO RETAIN AN ATTY
**10/04/2012** Criminal Case Filed (OCA Open)
 Case Filing
**10/04/2012** Case Event Conv
 INDICTMENT FILED MFM
**10/10/2012** Case Event Conv
 NTC OF ARRAIGNMENT 10-29-12 AT 8:15 AM
**10/12/2012** Case Event Conv
 INDICTMENT RTN FRM CRT BOND $ 25000, IN JAIL NO SRV MFM
**10/23/2012** Case Event Conv
 ARRAIGNMENT: DFT ENTERS PLEA OF NOT GUILTY TO CHARGES
**10/23/2012** Case Event Conv
 DCO FOR CRIMINAL CASES-PLEA DEADLINE: 11/20/12 AT 9:30 AM(I)
**10/23/2012** Case Event Conv
 ***DOCKET CALL-11/30/12 AT 8:15 AM
**10/23/2012** Case Event Conv
 ***JT: 12/3/12 AT 9:00 AM
**10/23/2012** Case Event Conv
 DFT PLACED ON PRE TRIAL CONDTIIONS
**10/23/2012** Case Event Conv
 ORDER CONTINUING, SETTING OR REDUCING BAIL AND/OR IMPOSING
**10/23/2012** Case Event Conv
 ***CONTIONS OF BAIL PENDING TRIAL (IMAGED)
**10/23/2012** Court Hearing (8:15 AM) (Judicial Officer Watts, Sandra L.)
 Arraignment -- Ps. of Cocaine
**10/29/2012** Case Event Conv
 APP ST SUB; SJ
**10/29/2012** Subpoena
 R A RENDON SRV
**10/29/2012** Subpoena
 R A RENDON SRVDPS LAB
 Vol./Book N/A, Page N/A

| Date | Event | | |
|---|---|---|---|
| | RENDON, R A | Served<br>Returned | 10/31/2012<br>11/02/2012 |
| 11/14/2012 | Case Event Conv<br>DEFENDANTS MOTION TO SUPPRESS FILED MCV | | |
| 11/16/2012 | Case Event Conv<br>REINDICTMENT FILED MFM | | |
| 11/20/2012 | Case Event Conv<br>PLEA DEADLINE EXTENDED TO DOCKET CALL | | |
| 11/20/2012 | Court Hearing (9:30 AM) (Judicial Officer Watts, Sandra L.)<br>Plea Deadline (Trial: Dec. 3rd) | | |
| 11/22/2012 | Case Event Conv<br>+++MTN TO SUPPRESS TO BE SET | | |
| 11/26/2012 | Case Event Conv<br>NTC OF ARRAIGNMENT ON (S1): NOV 30, 2012 AT 8:15 AM | | |
| 11/27/2012 | Case Event Conv<br>REINDICTMENT RTN FROM CRT BOND RAISED TO $25000 TOTAL ----- | | |
| 11/27/2012 | Case Event Conv<br>---IN JAIL NO SRV ISSUED AR | | |
| 11/30/2012 | Case Event Conv<br>OPEN PLEA: PLEA PACK FILED W/SX1: JUDICIAL CONFESSION | | |
| 11/30/2012 | Case Event Conv<br>+++AND STIPULATION EXHIBIT #1 CD | | |
| 11/30/2012 | Case Event Conv<br>TRIAL COURTS CERTIFICATION ON DFTS RIGHT OF APPEAL | | |
| 11/30/2012 | Case Event Conv<br>DFT HAS THE RIGHT OF APPEAL | | |
| 11/30/2012 | Case Event Conv<br>DFT GIVEN COPY OF TRIAL CRTS CERT AFTER HRG BY JUDGE WATTS | | |
| 11/30/2012 | Case Event Conv<br>DFT PLED GUILTY TO COUNTS 1 & 2; FINDINGS OF GUILTY | | |
| 11/30/2012 | Case Event Conv<br>DFT SENTENCED ON COUNT 1 TO 25 YRS TDCJ W/CREDIT FOR TIME | | |
| 11/30/2012 | Case Event Conv<br>+++SERVED AND COUNT 2 TO 15 YRS TDCJ W/CREDIT FOR TIME | | |
| 11/30/2012 | Case Event Conv<br>+++SERVED AND BOTH CASES TO RUN CC W/EA. OTHER | | |
| 11/30/2012 | Case Event Conv<br>COURT COST $309.00 | | |
| 11/30/2012 | Case Event Conv<br>NO WARRANTS OUT PER 81-2239 | | |
| 11/30/2012 | Court Hearing (2:00 PM) (Judicial Officer Watts, Sandra L.)<br>Motion to Suppress / Open Plea | | |
| 11/30/2012 | Court Hearing (8:15 AM) (Judicial Officer Watts, Sandra L.)<br>Docket Call (Trial: Dec. 3rd) | | |
| 12/04/2012 | Case Event Conv<br>JUDGMENT OF CONVICTION BY COURT-WAIVER OF JURY TRIAL (I) | | |
| 12/10/2012 | Case Event Conv<br>ATTY FEE VOUCHER TO AUDITORS ($750.00-GABRIEL SALAIS) | | |
| 12/12/2012 | Case Event Conv<br>COPY OF JUDGMENT & COURT COST WORKSHEET TO EVONA | | |
| 12/12/2012 | Case Event Conv<br>COPY OF JUDGMENT & INDICTMENT TO CRIMINAL FOR PEN PACK | | |
| 12/12/2012 | Case Event Conv<br>TDC PENPAK (S1) WALKED TO NCJ BY CRYSTAL AR | | |
| 12/14/2012 | Case Event Conv<br>MOTION TO WITHDRAW AS COUNSEL AR | | |
| 12/27/2012 | Case Event Conv<br>PAUPER'S OATH OF APPEAL AR | | |
| 12/27/2012 | Case Event Conv<br>DEFENDANT'S NOTICE OF APPEAL IN CRIMINAL CASE AR | | |
| 01/02/2013 | Case Event Conv<br>ORD ALLOWING W/DRAWAL AS ATTY OF RECORD: GABRIEL SALIAS (I) | | |
| 01/03/2013 | Case Event Conv<br>ORD APPOINTING ADAM RODRUIGUE (IMAGED) | | |
| 01/03/2013 | Case Event Conv<br>TRAIL COURTS CERTIFICATION OF DFTS RIGHT OF APPEAL | | |
| 01/09/2013 | Case Event Conv<br>NOTIE OF APPEAL WALKED TO COA TG | | |
| 01/15/2013 | Case Event Conv<br>LTR F COA:APPELLANT'S NOTICE O APPEAL RCVD TG | | |
| 01/15/2013 | Case Event Conv<br>LTR F COA:YOU ARE NOTIFIED THAT THE CERTIFICATION OF DEFT | | |
| 01/15/2013 | Case Event Conv<br>***RIGHT OF APPEAL IS DEFECTIVE. TG | | |
| 01/28/2013 | Case Event Conv<br>CLERK'S RECORD IMAGED & WALKED TO COA TG | | |
| 01/30/2013 | Case Event Conv<br>OFFICIAL NOTICE F COA:CLERK'S RECORD (1 VOL)RCVD (CARD) TG | | |
| 10/15/2013 | Case Event Conv<br>SUPPLEMENTAL CLERK'S RECORD W/ORIGINAL EXHIBIT IMAGED & | | |
| 10/15/2013 | Case Event Conv<br>***WALKED TO COA TG | | |
| 12/03/2013 | Case Event Conv<br>LTR F COA:ENCLD FIND OPIN & JUDMT ISSUED BY CRT TG | | |
| 12/17/2013 | Case Event Conv<br>COPY OF LETTER FROM COA TG | | |
| 02/25/2014 | Case Event Conv<br>PETITION FOR DISCRETIONARY REVIEW MFM | | |
| 04/29/2014 | Case Event Conv<br>LTR F COA:JUDMT O TRIAL CRT AFFIRMED BY CRT.MANDATE ENCLD TG | | |
| 04/22/2015 | Case Event Conv<br>APPL F A WRIT OF HABEAS CORPUS SEEKING RELIEF F FINAL ***** | | |
| 04/22/2015 | Case Event Conv<br>***FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE, ***** | | |
| 04/22/2015 | Case Event Conv<br>*** ARTICLE 11.07 MF | | |
| 04/22/2015 | Case Event Conv<br>APPLICANT'S MEMORANDUM IN SUPPORT OF APPLICATION FOR WRIT*** | | |
| 04/22/2015 | Case Event Conv<br>***HABEAS CORPUS MF | | |
| 04/23/2015 | Case Event Conv<br>STATES ACKNOWLEDGMENT MF | | |

| Date | Event |
|---|---|
| 05/04/2015 | **Case Event Conv** — REPORTER'S RECORD VOL 1 OF 1 VOL (HEARING ON MOTION TO |
| 05/04/2015 | **Case Event Conv** — ***SUPPRESS AND GUILTY PLEA) TG |
| 05/04/2015 | **Case Event Conv** — REPORTER'S RECORD VOL 1 CHECKED OUT BY JAMES ODELL TG |
| 05/12/2015 | **Case Event Conv** — REPORTER'S RECORD VOL 1 RTND BY J.ODELL BM |
| 05/12/2015 | **Case Event Conv** — STATE'S ANSWER T APPLICANT'S APPL F WRIT OF HABEAS CORPUS BM |
| 05/14/2015 | **Case Event Conv** — FINDINGS OF FACT, CONFLUSIONS OF LAW RECOMMENDATION (I) |
| 05/14/2015 | **Case Event Conv** — ORDER (IMAGED) |
| 05/19/2015 | **Case Event Conv** — TRANSCRIPT OF HABEAS MAILED TO AUSTIN BM |
| 05/19/2015 | **Case Event Conv** — FINDINGS OF FACT,CONCLUSION OF LAW,&RECOMMENDATION MAILED*** |
| 05/19/2015 | **Case Event Conv** — ***TO DEFT/COPY GIVEN TO J.ODELL BM |
| 06/29/2015 | **Case Event Conv** — EMAIL TO JAMES ODELL SETTING FOR A STATUS HRG 7-17-15 @ 2:00 |
| 07/17/2015 | **Court Hearing** (2:00 PM) (Judicial Officer Watts, Sandra L.) — Status Hearing |
| 07/21/2015 | **Court Hearing** (8:45 AM) (Judicial Officer Watts, Sandra L.) — Status re: Habeas Corpus |
| 08/06/2015 | **Case Event Conv** — SUPPLEMENTAL FINDINGS, CONCLUSIONS, & RECOMMENDATION SIGNED |
| 08/06/2015 | **Case Event Conv** — SUPPLEMENTAL ORDER SIGNED I |
| 08/10/2015 | **Case Event Conv** — SUPPLEMENTAL TRANSCRIPT OF HABEAS MAILED TO AUSTIN BM |
| 08/10/2015 | **Case Event Conv** — SUPPLEMENTAL FINDINS OF FACT,CONCLUSION OF LAW & *** |
| 08/10/2015 | **Case Event Conv** — ***RECOMMENDATION MAILED TO DEFT/COPY GIVEN TO J.ODELL BM |
| 08/13/2015 | **Case Event Conv** — NTC F CRT OF CRIM APPEALS/SUPPL CLK RCD HAS BEEN RCVD BM |
| 09/18/2015 | **Case Event Conv** — OFFICIAL NTC FRM CRT OF CRIM APPEAL OF TEXAS BM |
| 11/12/2015 | **Case Event Conv** — LTR F COA:WE ARE RETURING ORIGINAL EXHIBIT #1 (CD) TG |
| 11/12/2015 | **Case Event Conv** — ORIGINAL EXHIBIT #1 (CD) RTND. PLACE W/FILE IN WRIT CBNT TG |
| 11/12/2015 | **Case Event Conv** — NTC F COCA - DENIED APPL F WRIT OF HABEAS CORPUS BM |